UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY RAY LUNA (#385808)

VERSUS

JUDGES OF THE LOUISIANA FIFTH CIRCUIT
COURT OF APPEALS, ET AL.

CIVIL ACTION

NO. 10-0338-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's action shall be dismissed as legally frivolous within the meaning of 28 U.S.C. § 1915(e), without prejudice to the plaintiff's right to pursue his claims in the Eastern District of Louisiana, to the extent that these claims may be different in form or kind from those asserted in his previous litigation.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 15, 2010.

						_____
						FRANK J. POLOZOLA
						MIDDLE DISTRICT OF LOUISIANA

Doc#46834